UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-CR-440-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. STEVEN WEINREICH and 2. NELLIE GOBER,

    Defendants.
_____

**PRELIMINARY ORDER OF FORFEITURE**
_____

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture.  The Court having read said Motion and being fully advised in the premises finds:

The United States and defendants Steve P. Weinreich and Nellie K. Gober entered into Plea Agreements and Statements of Facts Relevant to Sentencing which provides a factual basis and cause to issue a forfeiture order under 21 U.S.C. §853;

THAT prior to the disposition of the assets, the United States Marshals Service, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. §853(n).

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT defendants' interest in the following real property is forfeited to the United States

in accordance with 21 U.S.C. §853:

> a. **Real Property located at 8620 CR 321, also known as "Ute Creek Ranch"**, more fully described as:
>
>> The S1/2 NE 1/4 of Section 16, Township 33 North, Range 7 West, N.M.P.M., La Plata County, Colorado.
>>
>> TOGETHER WITH but as to which Grantor makes no warranties, all ditches and ditch rights, water and water rights pertaining to the subject lands including, but not limited to, two-thirds (2/3) c.f.s. of the Clara Wolf Ditch out of Ute Creek and Indian Ditch Water allocated for 9.7 acres.
>>
>> SUBJECT TO reservations contained in Indian Deed recorded in Book 131 at Page 271; prior reservation of undivided one-sixteenth interest in all oil, gas and other minerals as reserved in Deed recorded in Book 262 at Page 486; all rights, either express or implied, other than the surface, as reflected in Warranty Deed recorded in Book 270 at Page 103; Oil and Gas Leases Recorded in Book 447 at Pages 352, 254, 356, 405, 407 and 532 and in Book 448 at Pages 92, 96 and 98, and Affidavit of Lease Extension recorded as Reception No. 524718.
>>
>> FURTHER SUBJECT TO lack of a right of access from the land to any open public road, street or highway.

THAT the United States Marshals Service, or its designated sub-custodian, is directed to seize the property subject to forfeiture, and further to make your return as provided by law;

THAT the United States Marshals Service, or its designated sub-custodian, shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. §853(n) in a newspaper of general circulation in LaPlata County, Colorado for four consecutive weeks, and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. §853(n), in which all interests will be addressed.

Dated:  July 27, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge