IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-00440-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    STEVE P. WEINREICH,
2.    NELLIE K. GOBER,

    Defendants.

---

## FINAL ORDER OF FORFEITURE

---

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture for the following property:

> **Real Property located at 8620 CR 321, also known as "Ute Creek Ranch"**,
>
> more fully described as:
>
> The S1/2 NE 1/4 of Section 16, Township 33 North, Range 7 West, N.M.P.M., La Plata County, Colorado.
>
> TOGETHER WITH but as to which Grantor makes no warranties, all ditches and ditch rights, water and water rights pertaining to the subject lands including, but not limited to, two-thirds (2/3) c.f.s. of the Clara Wolf Ditch out of Ute Creek and Indian Ditch Water allocated for 9.7 acres.
>
> SUBJECT TO reservations contained in Indian Deed recorded in Book 131 at Page 271; prior reservation of undivided one-sixteenth interest in all oil, gas and other minerals as reserved in Deed recorded in Book 262 at Page 486; all rights, either express or implied, other than the surface, as reflected in Warranty Deed recorded in Book 270 at Page 103; Oil and Gas Leases Recorded in Book 447 at Pages 352, 254, 356, 405, 407 and 532 and in Book 448 at Pages 92, 96 and 98, and Affidavit of Lease

Extension recorded as Reception No. 524718.

FURTHER SUBJECT TO lack of a right of access from the land to any open public road, street or highway.

The Court having read said Motion and being fully advised in the premises finds:

THAT the United States commenced this action pursuant to 21 U.S.C. §853 and Rule 32.2 of the Federal Rules of Criminal Procedure;

THAT a Preliminary Order of Forfeiture was entered on July 27, 2006, (Docket #117);

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. §853(n);

THAT no claim or petitions for an ancillary hearing have been filed in this matter by any party; and

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. §853 and Rule 32.2 of the Federal Rules of Criminal Procedure;

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT judgment of forfeiture of the above-described property shall enter in favor of the United States pursuant to 21 U.S.C. §853 and Rule 32.2 of the Federal Rules of Criminal Procedure, free from the claims of any other party; and

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

Dated this 1st day of July, 2010.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE